

## WARRANT TO CONFESS JUDGMENT

This Warrant issues pursuant to the security agreement posted herewith and titled: "21 DAY NOTICE BY WRITTEN COMMUNICATION SECURITY AGREEMENT" (hereafter "the Security Agreement") between the undersigned secured party (hereafter "SECURED PARTY") and the undersigned debtor (hereafter "DEBTOR").

By virtue of the power and authority vested in SECURED PARTY (and SECURED PARTY's agent) by DEBTOR under Paragraph "4" of the Security Agreement, pursuant to Section 600.2906 of the Michigan Compiled Laws, and in order to secure payment and satisfaction in full of all contractual obligations of DEBTOR in favor of SECURED PARTY, both DEBTOR and SECURED PARTY hereby irrevocably authorize any attorney practicing law in the State of Michigan to enter the plea of confession provided herewith. Upon filing such plea of confession with the clerk of any court of competent jurisdiction and execution thereof, the officer signing such judgment and performing such execution shall be held harmless and indemnified by both DEBTOR and SECURED PARTY against all legal claims with respect to the execution of this Warrant.

Pursuant to Paragraph "4" of the Security Agreement, DEBTOR hereby promises to waive all defenses and release all errors which may intervene in any such proceedings, and consents to immediate execution upon such judgment, hereby rectifying and confirming all that any officer signing such judgment and notice may do by virtue thereof.

/s/ Commander Chris McIntire   7/21/2013
DEBTOR
By Dante' Antoine Rogers


SECURED PARTY accepts DEBTOR's signature in accord with MCL §§ 440.1201(39) and 440.3401

/s/ Dante' Antoine Rogers   7/21/2013
Dante' Antoine Rogers
SECURED PARTY

_____   _____
Witness                    Witness

USS 11B

AFFIDAVIT OF NON-RESPONSE BY AGENT

I, Ron Rogers, duly authorized agent of Dante' Antoine Rogers, hereby certify that as of the date affixed below I have not received any response of any kind whatsoever from Commander Chris McIntire of the Michigan Enforcement Team located at 345 Northland Drive NE, Rockford, Michigan regarding the "21-Day Notice by Written Communication Self-Executing Security Agreement" which I mailed via U.S.P.S. Registered Mail No. 7012-3050-0001-6077-8691 received by Commander Chris McIntire on 6/28/2013.

I certify under the penalty of perjury that the facts stated above are all true, correct, complete and certain to the best of my knowledge.

_____
Ron Rogers
AGENT FOR DANTE' ANTOINE ROGERS
4200 Norman
Kentwood, MI 49508

STATE OF MICHIGAN )
                  ) ss.
COUNTY OF KENT    )

MEGHAN KATERBERG
Notary Public, State of Michigan
County of Ottawa
My Commission Expires Oct. 22, 2015
Acting in the County of Kent

Sworn and Subscribed before me at the City of Wyoming, Michigan this 19th Day of August, 2013

_____
Notary Public