# B

<u>NOTICE OF DEFAULT AND STIPULATION</u>

\* NON-NEGOTIABLE \*

TO DEBTOR:

COMMANDER CHRIS McINTIRE
MICHIGAN ENFORCEMENT TEAM
345 Northland Drive NE
Rockford, MI 49341

RE:  21-DAY NOTICE BY WRITTEN COMMUNICATION SELF-EXECUTING SECURITY AGREEMENT, PLEA OF CONFESSION, INVOICE, PROOF OF SERVICE THEREOF, and CERTIFICATE OF NON-RESPONSE ISSUED BY SECURED PARTY.

1. The record reflects that DEBTOR is in receipt of the above-described documents on the basis of service by registered mail and substantiated by proof of service bearing the date of 6/28/201_.

2. Executing, posting, and staking the lawful claim and notice of SECURED PARTY in accordance with this Notice of Default and Stipulation (hereafter, "this Notice"), the above-described documents establish on the record DEBTOR's confession and consent of judgment under estoppel in pais, that:

(a) DEBTOR stipulates on the record that each and every material fact affirmed in the above described documents is true, correct, complete and not misleading; and

(b) Pursuant to paragraph 4 of the above-described 21-Day Notice by Written Communication Self-Executing Security Agreement, DEBTOR hereby appoints SECURED PARTY and SECURED PARTY's Agent as Authorized Representative for DEBTOR, effective immediately, granting SECURED PARTY (and the Agent) full authority and power for engaging in any and all actions necessary on behalf of DEBTOR for the sole purpose of authenticating and filing the above-described Warrant to Confess Judgment and Plea of Confession, as SECURED PARTY, in SECURED PARTY's sole discretion, deems appropriate; And DEBTOR further consents and agrees that the appointment of SECURED PARTY (and the Agent) as Authorized Representative for DEBTOR, effective immediately, is irrevocable and coupled with a security interest.

3. Pursuant to paragraph 5(c) of the 21-Day Notice by Written Communication Self-Executing Security Agreement, DEBTOR can cure DEBTOR'S default and avoid entry of the above-described Warrant and Plea of Confession against DEBTOR only within twenty (20) calendar days of DEBTOR'S default and only by immediately authenticating, dating, and sending the plea of confession to the Agent via U.S.P.S. Registered Mail.

4. Any action by DEBTOR of any kind purporting to involve SECURED PARTY or the Agent constitutes DEBTOR'S confession and consent of judgment that any further action by DEBTOR concerning this matter is proof of deliberate willful intent to abrogate the stipulations established on the record of this matter and are actionable in law, commerce, and competent jurisdiction.

5. SECURED PARTY posts and stakes this Notice in all public records and reserves the right to incorporate this Notice in any proceedings arising from this matter.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT.
NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL.

_Dante' A. Rogers_  7/26/2013
Dante' Antoine Rogers
SECURED PARTY-unlimited liability capacity.
ALL RIGHTS RESERVED WITHOUT PREJUDICE
- c/o Ron Rogers - Agent
4200 Norman
Kentwood, MI 49508